# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OROSTREAM LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> ABS-CBN International, <br><br> *Defendant.* | § § § § § § § § § § | Civil Action No. 2:15-cv-00248-JRG <br><br> CONSOLIDATED <br> **(LEAD CASE)** <br><br> **JURY TRIAL DEMANDED** |
| OROSTREAM LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> ZUFFA, LLC, <br><br> *Defendant.* | § § § § § § § § § § § § | Civil Action No. 2:15-cv-00262-JRG <br><br> **JURY TRIAL DEMANDED** |

## ZUFFA, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Zuffa, LLC hereby discloses that is has no parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  May 5, 2015 | Respectfully submitted, |
| | */s/ Matthew C. Bernstein* |
| | Matthew C. Bernstein (Lead Attorney) |
| | CA State Bar No. 199240 |
| | mbernstein@perkinscoie.com |
| | Miguel J. Bombach *(Pro Hac Vice)* |
| | CA State Bar No. 274287 |
| | mbombach@perkinscoie.com |
| | PERKINS COIE LLP |
| | 11988 El Camino Real, Suite 350 |
| | San Diego, CA 92130-2594 |
| | Tel: 858-720-5700 |
| | Fax: 858-720-5799 |
| | |
| | *Attorneys for Defendant Zuffa, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 5, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Matthew C. Bernstein*
Matthew C. Bernstein