**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **OROSTREAM LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:15-cv-248-JRG** |
| **v.** | **PATENT CASE** |
| **ABS-CBN INTERNATIONAL,** | **LEAD CASE** |
| **Defendant.** | |
| **v. WORLD WRESTLING ENTERTAINMENT, INC.,** | **CIVIL ACTION NO. 2:15-cv-261-JRG (CONSOLIDATED)** |
| **Defendant.** | |

**DEFENDANT WORLD WRESTLING ENTERTAINMENT INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant World Wrestling Entertainment, Inc. ("WWE") states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of it stock.

Dated: June 15, 2015

Respectfully submitted,

*/s/  Steven G. Schortgen*
Steven G. Schortgen, Lead Attorney
  Texas State Bar No. 00794603
  steve.schortgen@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
  jennifer.ayers@klgates.com
K&L Gates LLP
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 Facsimile

Mark Knedeisen (*pro hac vice forthcoming*)
  PA Bar No. 82489
  mark.knedeisen@klgates.com
Patrick McElhinny (*pro hac vice forthcoming*)
  PA Bar No. 53510
  patrick.mcelhinny@klgates.com
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Telephone: 412 355-8608
Facsimile:  412 355-6501

**ATTORNEYS FOR DEFENDANT WORLD WRESTLING ENTERTAINMENT INC.**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that pursuant to Local Rule CV-5(a)(3), all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 15, 2015.

*/s/  Steven G. Schortgen*