IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OROSTREAM LLC,** <br><br> Plaintiff, <br> v. <br><br> **ABS-CBN INTERNATIONAL,** <br><br> Defendant. | CIVIL ACTION NO. 2:15-cv-248-JRG <br> (LEAD CASE) |
| **v. TARGET CORPORATION** | CIVIL ACTION NO. 2:15-cv-259-JRG <br> (CONSOLIDATED) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Orostream LLC and Defendant Target Corporation, pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated: August 11, 2015         Respectfully submitted,

              */s/ David R. Bennett*
       By:   David R. Bennett
             DIRECTION IP LAW
             P.O. Box 14184
             Chicago, IL 60614-0184
             Telephone: (312) 291-1667
             e-mail: dbennett@directionip.com
             **ATTORNEY FOR PLAINTIFF**
             **OROSTREAM LLC**


              */s/ William A. Delgado*
       By:   William A. Delgado
             CA State Bar No. 222666
             Willenken Wilson Loh & Delgado, LLP
             707 Wilshire Blvd., Suite 3850

1

            Los Angeles, CA 90017
            Tel: (213) 955-9240
            Fax: (213) 955-9250
            E-mail: williamdelgado@willenken.com
            **ATTORNEY FOR DEFENDANT**
            **TARGET CORPORATION**

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 11, 2015, via the Court's CM/ECF system or by e-mail.

            */s/ David R. Bennett*
            David R. Bennett