**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OROSTREAM LLC, | § § § | |
| Plaintiff, | § § | CASE NO. 2:15-CV-248 JRG |
| v. | § § | |
| ABS-CBN INTERNATIONAL, | § § | |
| Defendant. | § § § | |

# ORDER

This Order **SUPERSEDES** the Court's previous Order Setting Hearing on Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 151.)

Before the Court are multiple Rule 12(b)(6) Motions to Dismiss Under § 101 (Dkt. Nos. 34 and 42) filed by Defendants in the consolidated lead case. As the Parties have attached and the Court has considered matters outside of the pleadings, pursuant to Federal Rule of Civil Procedure 12(d), the Court is converting these motions to Rule 56 Motions for Summary Judgment. The Court hereby **SETS** these motions for oral argument in Marshall, Texas on **Thursday, September 10, 2015, at 10:00 A.M.**

The Parties may, but are not required to, file briefing to present any and all additional materials that are, under Rule 56, pertinent to the motion according to the following schedule:

- Defendants' brief of not more than five (5) pages is to be filed no later than September 4, 2015.

- Plaintiff's responsive brief of not more than five (5) pages is to be filed no later than September 8, 2015.

**So ORDERED and SIGNED this 31st day of August, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE