**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OROSTREAM LLC,<br>    *Plaintiff*, | § § § | |
| | § | Case No. 2:15-cv-248-JRG |
| v. | § § | (Lead Case) |
| ABS-CBN INTERNATIONAL,<br>    *Defendant*. | § § § | |
| FOX NEWS NETWORK, LLC | § § § | Case No. 2:15-cv-251-JRG<br>(Member Case) |

## FINAL JUDGMENT

For reasons stated in the Court's memorandum opinion and order of October 1, 2015, the Court granted Defendants' Motions to Dismiss under Rule 56 and found that the challenged claim of the patent-in-suit is ineligible for patent protection on the ground that it is directed to unpatentable subject matter. (Dkt. No. 170.) Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Court's Order, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. At least claim 37 of U.S. Patent No. 5,828,837 is invalid as directed to unpatentable subject matter.

2. Plaintiff Orostream shall take nothing as against Defendant ABS-CBN International as to Case No. 2:15-cv-248-JRG and shall take nothing as against Fox News Network as to Case No. 2:15-cv-251-JRG.

3. ABS-CBN International and Fox News Network are the prevailing parties, and as such, shall recover their costs from Orostream.

4. The Court further ORDERS that the cases as between Plaintiff Orostream and Defendant ABS-CBN International (Case No. 2:15-cv-248-JRG) and as between Plaintiff Orostream and Defendant Fox News Network (Case No. 2:15-cv-251-JRG) are closed and all other pending motions in the same are **DENIED**.

**So ORDERED and SIGNED this 5th day of October, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE